PROB 12C
(7/93)

Report Date: January 3, 2011

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 06 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ganyn Matthews                          Case Number: 2:07CR00070-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence:  10/16/2007

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 33 Months; TSR - 120 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: 10/30/2009 |
| Defense Attorney: | Kimberly A. Deater | Date Supervision Expires: 10/29/2019 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number         Nature of Noncompliance

1            **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

             **Supporting Evidence**: Mr. Matthews is considered in violation of his conditions of supervised release by failing to submit a written report within the first five days of December 2010.

2            **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

             **Supporting Evidence**: Mr. Matthews is considered in violation of his conditions of supervised release by failing to follow the instructions of the probation officer.

             On December 22, 2010, Mr. Matthews reported to the probation office and was directed to submit a urinalysis sample by the undersigned. Mr. Matthews stated he had a "medical condition" and had been unable to urinate properly for "a few days." He was asked for documentation to support this condition and he stated he did not have any. After

Prob12C
Re: Matthews, Ganyn
January 3, 2011
Page 2

        approximately an hour, Mr. Matthews was unable to provide a sample and was directed to return to the probation office the following day.

        On December 23, 2010, Mr. Matthews failed to report as directed. Several attempts to contact Mr. Matthews at home by telephone were unsuccessful.

3     **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

    **Supporting Evidence**: Mr. Matthews is considered in violation of his conditions of supervised release by failing to work regularly at a lawful occupation since July 2010.

    Mr. Matthews was scheduled to enroll in school in July 2010; however, his financial aid amount was not sufficient. Since that time Mr. Matthews has been unemployed and his job search activities are in question.

4     **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

    **Supporting Evidence**: Mr. Matthews is considered in violation of his conditions of supervised release by failing to notify the probation officer within seventy-two hours of being questioned by a law enforcement officer.

    A criminal records check was conducted on Mr. Matthews and it was discovered he received a criminal citation for driving while license suspended on December 9, 2010.

    Mr. Matthews failed to notify the undersigned of this contact with law enforcement.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/03/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

Prob12C
Re: Matthews, Ganyn
January 3, 2011
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

1/5/2011
Date