Report Date: February 16, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U S DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 1 6 2011**

JAMES R LARSEN
DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ganyn Matthews          Case Number: 2:07CR00070-001

Address of Offender: Absconder

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 10/16/2007

Original Offense: Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 33 Months; TSR - 120 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: 10/30/2009 |
| Defense Attorney: | Kimberly A. Deater | Date Supervision Expires: 10/29/2019 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 3, 2011, and to issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment |

**Supporting Evidence**: Mr. Matthews is considered in violation of his conditions of supervised release by failing to notify probation of an address change at least 10 days prior to February 14, 2011.

On February 14, 2011, the undersigned officer conducted a home visit to Mr. Matthews' last reported address in Medical Lake, Washington. I spoke with his father, Leroy Brown, who stated Mr. Matthews had "packed up his things and moved out." I asked Mr. Brown if he knew where Mr. Matthews might be staying and he said he did not know.

| | |
|---|---|
| 6 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Matthews, Ganyn
February 16, 2011
Page 2

**Supporting Evidence**: Mr. Matthews is considered in violation of his conditions of supervised release by failing to report for drug testing on February 14, 2011.

On February 15, 2011, the undersigned officer was notified by Pioneer Human Services that Mr. Matthews had failed to report for a drug test on the previous day.

Mr. Matthews did leave a voice mail message with the undersigned saying he was too sick to report for drug testing, but left no further information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 16, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Other

Signature of Judicial Officer

2/16/2011
Date