PROB 12C
(7/93)

**United States District Court**

for the

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

Report Date: March 2, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 02 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Ganyn Matthews                Case Number: 2:07CR00070-001

Address of Offender: Spokane RRC, Spokane, WA 99202

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 10/16/2007

Original Offense:     Distribution of a Mixture or Substance Containing a Detectable Amount of
                      Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 33 Months; TSR - 120    Type of Supervision: Supervised Release
                      Months

Asst. U.S. Attorney:  George J. C. Jacobs, III         Date Supervision Commenced: 10/30/2009

Defense Attorney:     Kimberly A. Deater               Date Supervision Expires: 10/29/2019

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: The U.S. Probation Office received a phone call from staff at the residential reentry center on March 2, 2011. Staff indicated at approximately 6:30 p.m. on March 1, 2011, Mr. Matthew's submitted three positive breathalyzer readings, .045, .046, and .043, respectively. When questioned by staff, Ganyn Matthews admitted drinking an alcoholic beverage called "Sparc." After testing positive, Mr. Matthews absconded from the RRC and his current whereabouts are unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Matthews, Ganyn
March 2, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/02/2011

s/Gloria Petretee for:

Sam Najera
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

3/2/2011
Date