PROB 12C
(7/93)

Report Date: April 26, 2012

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

APR 26 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ganyn T Matthews            Case Number: 2:07CR00070-001 — WFN

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence:  10/16/2007

| | |
|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 33 Months; TSR - 120 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 10/31/2011 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 2/28/2019 |

===

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On April 23, 2012, the undersigned officer was advised by the defendant's girlfriend that Mr. Matthews is no longer staying at her residence, and indicated that she was unaware of his whereabouts.  Mr. Matthews has failed to notify the U.S. Probation Office of any change in address. |
| 2 | **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Ganyn Matthews is currently attending intensive outpatient drug treatment through Pioneer Counseling.  He failed to attend scheduled treatment sessions on April 23 and 24, 2012.  Mr. Matthews' absences were not excused, and he is considered to be noncompliant with treatment requirements. |

**Prob12C**
**Re:  Matthews, Ganyn T**
**April 26, 2012**
**Page 2**

3    **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Matthews failed to report for required drug testing at Pioneer Counseling on April 24, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/26/2012

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

4/26/12
_____
Date