PROB 12C
(7/93)

Report Date: June 7, 2012

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

JUN 07 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ganyn T. Matthews          Case Number: 2:07CR00070-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 10/16/2007

Original Offense: Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 33 Months;          Type of Supervision: Supervised Release
                   TSR - 120 Months

Asst. U.S. Attorney: Pamela J. Byerly          Date Supervision Commenced: 10/31/2011

Defense Attorney: Roger Peven                  Date Supervision Expires: 2/28/2019

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/26/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 & 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
|  | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
|  | **Supporting Evidence**: On June 2, 2012, Mr. Matthews was arrested on a bench warrant for the instant Federal offense. During a search incident to arrest, law enforcement located a plastic baggie containing a black tar substance in the defendant's pocket. This substance field tested positive for heroin. Mr. Matthews was arrested for possession of a controlled substance (heroin) in violation of RCW 69.50.4013(1), a felony. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/07/2012
                _____

                s/Matthew L. Thompson
                _____

                Matthew L Thompson
                Supervising U.S. Probation Officer

Prob12C
Re:  Matthews, Ganyn T
June 7, 2012
Page 2

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

_____
Signature of Judicial Officer

6/7/12
Date