PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Ganyn T. Matthews | Case Number: 2:07CR00070-JLQ-001 |
| Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge | |
| Date of Original Sentence: October 16, 2007 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: December 9, 2013 |
| Original Sentence: Prison - 33 Months; TSR - 120 Months | Date Supervision Expires: December 8, 2021 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21  You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Ganyn T. Matthews was sentenced on July 20, 2012, by Your Honor to 18 months of incarceration and a 96-month term of supervised release to follow. As a special condition of supervised release, Mr. Matthews was ordered to complete up to 90 days at the residential reentry center (RRC).

Mr. Matthews was released by the Bureau of Prisons on December 9, 2013. At the time of his release, the offender had an approved release address and had already completed over 90 days at the RRC, to include a period of home confinement.

Due to Mr. Matthews being employed full time and having secured stable housing at the time of his release, it is requested that the above condition be removed. It is the undersigned officer's belief that putting Mr. Matthews back at the RRC would only have a negative impact on his progress at this time.

If Your Honor has any questions, please contact the undersigned officer at (509) 742-6306.

Prob 12B
Re: Matthews, Ganyn T.
December 20, 2013
Page 2

                                                    Respectfully submitted,

                                           by    s/Patrick J. Dennis

                                                 Patrick J Dennis
                                                 U.S. Probation Officer
                                                 Date: December 20, 2013

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/20/2013
Date

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

Witness: _____  Signed: _____
Patrick J Dennis                            Gianyn T Matthews
U.S. Probation Officer                      Probationer or Supervised Releasee

_____
Date