PROB 12C
(7/93)

Report Date: March 12, 2014

## United States District Court

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ganyn T. Matthews          Case Number: 2:07CR00070-JLQ-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 16, 2007

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 33 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela Byerly | Date Supervision Commenced: December 9, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 8, 2021 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

1       **Special Condition #19**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

        **Supporting Evidence**: Mr. Matthews participated in substance abuse treatment as recommended by the substance abuse treatment vendor. The offender was terminated from intensive outpatient treatment on February 20, 2014, due to failing to comply with treatment requirements.

2       **Special Condition #20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Matthews, Ganyn T
March 12, 2014
Page 2

**Supporting Evidence**: Mr. Matthews is considered to be in violation of his conditions of supervised release by failing to report for drug testing on February 12 and 27, and March 10, 2014.

Mr. Matthews is also considered in violation of his conditions of supervised release by testing positive for methamphetamine on February 19 and 28, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/12/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

*March 12, 2014*
Date