PROB 12C
(7/93)

Report Date: July 1, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ganyn T. Matthews | Case Number: 2:07CR00070-JLQ-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 16, 2007

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 33 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: December 9, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 8, 2021 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Mr. Matthews was directed to report to the undersigned officer on June 27, 2014. Mr. Matthews failed to report as directed. As of the date of this report, the offender continues to avoid reporting to the U.S. Probation Office. |
| 2 | **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Mr. Matthews is considered to be in violation of his conditions of supervised release by failing to complete chemical dependency treatment as required. |

Case 2:07-cr-00070-JLQ    Document 141    Filed 07/02/14

Prob12C
Re: Matthews, Ganyn T.
July 1, 2014
Page 2

Mr. Matthews participated in intensive inpatient drug/alcohol treatment at Sun Ray Court. Mr. Matthews completed treatment on May 16, 2014, and was recommended to continue with outpatient treatment. The offender entered into outpatient treatment on June 11, 2014, at New Horizon Care Center. As of the date of this report, Mr. Matthews has failed to attend any treatment sessions since June 11, 2014. The offender is not in compliance with his recommended treatment requirements.

3      **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Matthews is considered to be in violation of his conditions of supervised release by failing to report for drug testing on June 19 and 30, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/01/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Date 7/2/14