PROB 12C
(7/93)

Report Date: July 8, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ganyn T. Matthews | Case Number: 0980 2:07CR00070-JLQ-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 16, 2007

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 33 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: December 9, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 8, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/01/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Matthews was arrested on July 6, 2014, in Spokane, Washington, for the charge of Second Degree Assault (Domestic Violence), in violation of RCW 9A.36.021(G), a class B felony. The police incident report #14-218614, indicates Mr. Matthews struck his girlfriend in the face with both an open and closed hand. The victim reported that he then choked her with two hands for approximately 15 seconds or more, and she was unable to breathe. The report further indicates that Mr. Matthews tried to stab her with scissors. Ganyn Matthews is currently being held on $30,000 bond. Further, he has a U.S. Marshal hold as a result of the bench warrant issued by Your Honor on July 2, 2014. |

Prob12C
Re: Matthews, Ganyn T
July 8, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/08/2014

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

July 8, 2014
Date